JOHN C. GONZALES
LUPE M. GONZALES
176 E. Country Club
Brentwood, CA 94513
Telephone: (925)726-9362
( Pro-Se)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

In re:
JOHN C. GONZALES
LUPE M. GONZALES
    (Debtor(s)

Case No.: 11-41295
Chapter 13

SUBSTITUTION OF ATTORNEY

COMES NOW, JOHN C. GONZALES AND LUPE M. GONZALES, debtors herein and substitutes JOHN C. GONZALES AND LUPE M. GONZALES of 176 E. Country Club, Brentwood, CA 94513. Telephone Number (925)726-9362, in place of MICHAEL P. AKANA, as attorney of record.

I consent to the substitution.

Dated: 2/19/13

/s/ _____
John C. Gonzales

I consent to the substitution.

Dated: 2/19/2013

/s/ _____
Lupe M. Gonzales

I consent to the substitution.

Dated: 2/19/2013

/s/ _____

Michael P. Akana

SUBSTITUTION OF ATTORNEY