JOAN M. GRIMES, ESQ.
State Bar No. 121502
1600 S. Main Street, Suite 100
Walnut Creek, CA 94596
(925) 939-1680    Phone
(925) 407-8373    Fax

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| John Christopher Gonzales & Lupe Manzano Gonzales<br><br>Debtors | Case No.    11-41295 WJL 13<br><br>Chapter 13<br><br>**SUBSTITUTION OF ATTORNEY** |

The Debtors hereby substitute in Joan M. Grimes, Esq. as their attorney of record. The Debtor's previous attorney, Michael P. Akana, consented to the Debtors request to remove him from their case and to represent themselves Pro Se. The Debtors have now requested that Ms. Grimes be the attorney of record for their bankruptcy case, as of October 2013.  All future pleadings, papers and correspondence shall be directed to the debtors as follows:

Joan M. Grimes (Bar No. 161528)
Law Office of Joan M. Grimes
1600 S. Main Street, Suite 100
Walnut Creek, CA 94596
PHONE: (925) 939-1680
FAX: (925)407-8373

SUBSTITUTION OF ATTORNEY
Page 1

1 | I request the substitution of attorney.
2 |
3 | Dated:             /s/ John C. Gonzales
                 John C. Gonzales

5 | I request the substitution of attorney.

7 | Dated:             /s/ Lupe M. Gonzales
                 Lupe M. Gonzales

9 | I agree to the substitution.

11 | Dated: 10/31/2013         /s/Joan M. Grimes
                 Joan M. Grimes
                 Attorney at Law